# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LONGHORN HD LLC, | § Case No. 2:20-cv-00348-JRG |
| Plaintiff, | § **JURY TRIAL DEMANDED** |
| v. | § |
| TREND MICRO INC. | § |
| Defendant. | § |

## AGREED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff Longhorn HD LLC ("LHD" or "Plaintiff") and Defendant Trend Micro Inc. ("Trend Micro" or "Defendant") submit this unopposed motion to extend Defendant's time to move, answer or otherwise respond to the Complaint.

The parties move the Court for an extension of fourteen (14) days to February 5, 2021. The current extension expires January 22, 2021. The parties are engaged in negotiations that could ultimately resolve the case, and as such, believe an extension will assist in preserving judicial and party resources.

WHEREFORE, the parties respectfully request that the time in which Defendant is required to move, answer or otherwise respond to Plaintiff's Complaint for Patent Infringement be extended up to and including February 5, 2021.

Dated: January 20, 2021

Respectfully submitted,

/s/ *Vincent J. Rubino, III*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392

Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Road, Suite 206 South
Rye, NY 10169
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

John Andrew Rubino
NY Bar No. 5020797
Email: jarubino@rubinoip.com
**RUBINO LAW LLC**
830 Morris Turnpike
Short Hills, NJ, 07078
Telephone: (973) 535-0920
Facsimile: (973) 535-0921

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

**ATTORNEYS FOR PLAINTIFF
LONGHORN HD LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 20th day of January, 2021.

/s/ *Vincent J. Rubino, III*
Vincent J. Rubino, III

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that in accordance with Local Rule CV-7(h), counsel for Longhorn conferred with counsel for Trend Micro, who had not yet appeared in this action, and the parties agreed to an extension of Trend Micro's time to answer to February 5, 2021.

/s/ *Vincent J. Rubino, III*
Vincent J. Rubino, III